UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| ERIC BRENDAN CARLE, | ) | Case No. EDCV 10-765-JFW (AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| BRENDA M. CASH, Warden, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: July 29, 2010

_____
John F. Walter
United States District Judge